**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Stanley HICKMAN, Defendant— Appellant.**

**No. 09–6077.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 8, 2009.

Stanley Hickman, Appellant Pro Se. Anne Margaret Hayes, Assistant United

States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Hickman appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hickman*, No. 5:93–cr–00144–BO–3 (E.D.N.C. filed Dec. 17, 2008 & entered Dec. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*